SHARP, W., J.
Sellers appeals the summary denial of his motion filed pursuant to Florida Rule of Criminal Procedure 3.800(a), seeking post-conviction relief. He was sentenced to 50.88 months in prison, which included a three-year minimum mandatory term for the offense of trafficking in 28 grams or more of cocaine.[1] He argues that the minimum mandatory term is illegal because it was imposed pursuant to Chapter 99-188, which was found to be unconstitutional because it violates the single-subject rule.[2]
This court has held that the constitutional violation in Chapter 99-188 has been retroactively cured. See Jackson v. State, 847 So.2d 1038 (Fla. 5th DCA 2003). However, as we did in that case, we certify a conflict with Green v. State, 839 So.2d 748 (Fla. 2d DCA 2003).
AFFIRMED.
SAWAYA, C.J., and THOMPSON, J., concur.

. § 893.135(l)(b)l.a., Fla. Stat. (2000).

. Taylor v. State, 818 So.2d 544 (Fla. 2d DCA), rev. dismissed, 821 So.2d 302 (Fla. 2002), superseded by statute, Herndon v. State, 842 So.2d 1026 (Fla. 2d DCA 2003).